IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHARLES BARKER III, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSHUA L. GOTTLIEB, ) <br> JONATHAN DUBOWSKY, ) <br> DONALD BORNEMAN, ) <br> CHARLES HALL, SCOTT ) <br> HARRIS,THE JOSHUA L. ) <br> GOTTLIEB, JONATHAN ) <br> DUBOWSKY,  DONALD ) <br> BORNEMAN, CHARLES HALL, ) <br> SCOTT HARRIS,THE VALUE ) <br> EXCHANGE ADVISOR, also ) <br> known as/doing business as TVXA, ) <br> GEMCO-PACIFIC ENERGY LLC, ) <br> aka GPE , ) <br> ) <br> Defendants. ) <br> _____ ) | CIV NO 13-00236 LEK-BMK |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on April 16, 2014 via Electronic Notice and on April 17, 2014 to the Plaintiff via First Class Mail, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Motion For Perjury Sanctions, Deny

Plaintiff's Motion To Compel, and Grant Defendants' Counter Motion for Protective Order" (ECF NO. [83]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, May 27, 2014.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge